UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TAM LE; VAN TRAN; B.T., *A minor by his Guardian Ad Litem*; J.T., *A minor by her Guardian Ad Litem*; G.T., *A minor by her Guardian Ad Litem*; BJG INVESTMENT SOLUTIONS LLC

   Plaintiffs,

   v.

PLUS ONE REALTY DESIGN GROUP AND YACHT CLUB LLC, DEVONDA L. WALKER,

   Defendants.

Civ. No. 2:24-cv-08594 (WJM)

ORDER

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on the motion by Plaintiffs Tam Le ("Le"), Van Tran ("Tran"), B.T., *a minor by his Guardian Ad Litem*, J.T., *a minor by her Guardian Ad Litem*, G.T., *a minor by her Guardian Ad Litem*, and BJG Investment Solutions LLC ("BJG") (collectively "Plaintiffs") for judgment by default against Defendants Plus One Realty Design Group and Yacht Club LLC ("Plus One") and Devonda L. Walker ("Walker") (jointly "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(2). ECF No. 17. For the reasons set forth in the accompanying opinion, and for good cause shown,

**IT IS** on this   25th   day of March 2026, **ORDERED** that Plaintiffs' Motion for Default Judgment is **DENIED WITHOUT PREJUDICE.**

_____
WILLIAM J. MARTINI, U.S.D.J.